ed to the practice of law by the Supreme Court of Pennsylvania; and

(3) not hold himself out as an active member of the Bar of this Commonwealth until such time as he is reinstated to the practice of law by the Supreme Court of Pennsylvania.

It is further ORDERED that

(4) the Sheriff of Montgomery County shall immediately secure respondent's law office and post this Order upon the exterior door of such office;

(5) all financial institutions in Pennsylvania in which respondent holds accounts containing client monies shall freeze such accounts pending further Order of this Court; and

(6) the matter is referred to the Disciplinary Board for a hearing to recommend the appropriate sanction.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Thomas Quirk HARRIGAN, Respondent.**

**No. 782 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 25, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of November, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 16, 2002, it is hereby

ORDERED that Thomas Quirk Harrigan be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**George STENHACH, Respondent.**

**No. 625 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 25, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of November, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 26, 2002, Respondent's Objections and Exceptions and Reply thereto, it is hereby

ORDERED that George Stenhach be and he is suspended from the Bar of this Commonwealth for a period of nine months, and he shall comply with all of the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall

pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.